SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
lbutler@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

Dated: September 27, 2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VON MERTA, individually and as successor in interest, heir, beneficiary, personal representative and/or administrator to BARBARA ANN VON MERTA, deceased, and the Estate of BARBARA ANN VON MERTA, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Allstate LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | Case No. CV 12 4125 MMC<br><br>**DEFENDANT ALLSTATE LIFE INSURANCE COMPANY'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CLASS ACTION COMPLAINT AND MOTION TO STRIKE**<br><br>Date: October 19, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Maxine Chesney<br>Date Action Filed: August 6, 2012 |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant ALLSTATE LIFE INSURANCE COMPANY hereby withdraws its Motion to Dismiss Class Action Complaint and Motion to Strike since Plaintiff ROBERT VON MERTA filed his First Amended Complaint on September 20, 2012.

DATED: September 27, 2012

SEYFARTH SHAW LLP

By: /s/
Giovanna A. Ferrari
Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY

14878348v.1