IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT VON MERTA,

        Plaintiff,

  v.

ALLSTATE LIFE INSURANCE COMPANY,

        Defendant

                                /

No. C 12-4125 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

     Before the Court is defendant Allstate Life Insurance Company's Motion to Dismiss First Amended Class Action Complaint and Motion to Strike, filed October 2, 2012 and noticed for hearing November 9, 2012, the date on which the Case Management Conference is currently scheduled. The matters to be addressed at the Case Management Conference, however, will depend on the disposition of defendant's motion.

     Accordingly, the Court hereby CONTINUES the Case Management Conference to December 21, 2012.

     **IT IS SO ORDERED.**

Dated: October 3, 2012

_____
MAXINE M. CHESNEY
United States District Judge