IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT VON MERTA,

      Plaintiff,

v.

ALLSTATE LIFE INSURANCE COMPANY,

      Defendant

No. C 12-4125 MMC

**ORDER VACATING NOVEMBER 9, 2012 HEARING ON DEFENDANT'S MOTION TO DISMISS**

    Before the Court is defendant Allstate Life Insurance Company's "Motion to Dismiss First Amended Class Action Complaint and Motion to Strike," filed October 2, 2012. Plaintiff has filed opposition to the motion, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for November 9, 2012.

    **IT IS SO ORDERED.**

Dated: November 7, 2012

MAXINE M. CHESNEY
United States District Judge